1034

No. 11–398. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. *v.* FLORIDA ET AL. C. A. 11th Cir. Certiorari granted. In addition to Question 1 presented by the petition, the parties are directed to brief and argue the following question: "Whether the suit brought by respondents to challenge the minimum coverage provision of the Patient Protection and Affordable Care Act, 26 U. S. C. § 5000A, is barred by the Anti-Injunction Act, 26 U. S. C. § 7421(a)." A total of two hours is allotted for oral argument on Question 1 and one hour on the additional question.

No. 11–400. FLORIDA ET AL. *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 11th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 10–1285. COUNTRYWIDE HOME LOANS, INC. *v.* RODRIGUEZ ET UX. C. A. 3d Cir. Certiorari denied.

No. 10–10217. CUNNINGHAM *v.* KELLEY ET UX. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 10–10731. CARDALES-LUNA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–10777. ALVAREZ-CORDOVA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10838. MEDINA *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–10842. WILLIAMS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–11210. NATHANSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

